# United States District Court
# Central District of California

| | |
|---|---|
| JACQUELINE TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>COMENITY BANK; and DOES 1–10,<br><br>    Defendants. | Case No. 2:15-cv-2565-ODW(AJWx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

  In light of the Notice of Settlement (ECF No. 21), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **October 28, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

  **IT IS SO ORDERED.**

  August 31, 2015

             _____
              **OTIS D. WRIGHT, II**
          **UNITED STATES DISTRICT JUDGE**