L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE TAYLOR, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMENITY BANK and DOES 1 THROUGH 10,**<br><br>Defendant. | Case No. **2:15-cv-02565-ODW-AJW**<br><br>[~~XXXXXXXXXXXXXXX~~] **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff, JACQUELINE TAYLOR, and Defendant, COMENITY BANK, to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

1 | That the above-entitled lawsuit is hereby dismissed, without prejudice,
2 | pursuant to FRCP 41(a)(1). Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: __September 28, 2015__

_____
UNITED STATES DISTRICT JUDGE